UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE PROVIDENT BANK,

        Plaintiff,

ARNOLD L. LENTNEK and SHERRIE LENTNEK,

        Defendants.

**ORDER**

19 Civ. 6863 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that the conference in this action previously scheduled for January 16, 2020 is adjourned. A conference is scheduled for **February 13, 2020 at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       January 13, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge