UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE PROVIDENT BANK,

                Plaintiff,

ARNOLD L. LENTNEK and SHERRIE LENTNEK,

                Defendants.

**ORDER**

19 Civ. 6863 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that the conference in this action scheduled for March 5, 2020 is adjourned <u>sine</u> <u>die</u>.

Dated: New York, New York
       March 2, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge