UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE PROVIDENT BANK,

                Plaintiff,

ARNOLD L. LENTNEK and SHERRIE LENTNEK,

                Defendants.

**ORDER**

19 Civ. 6863 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Defendants will file any opposition to Plaintiff's application (Dkt. No. 37) by **September 3, 2021**.

Dated: New York, New York
       August 27, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge