IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE PROVIDENT BANK<br><br>    Plaintiff,<br><br>v.<br><br>ARNOLD L. LENTNEK; SHERRIE LENTNEK,<br><br>    Defendants. | CIVIL ACTION NO. 1:19-cv-6863<br><br>**CONSENT JUDGMENT** |

**THIS MATTER** having been opened to the Court by Eckert, Seamans, Cherin & Mellott, LLC, attorneys for plaintiff, The Provident Bank ("Provident"); and the defendants, Arnold L. Lentnek and Sherrie Lentnek (collectively, "Defendants"); and Provident and Defendants having entered into a Settlement Agreement calling for the entry of this Consent Judgment; and Defendants having consented to the form and entry of the within Consent Judgment; and for good cause appearing;

**IT IS** on this 10 day of September, 2021;

**ORDERED** that:

1. Judgment be, and hereby is, entered against Defendants in the amount of $379,130.39, with a reduction for any and all payments made by Defendants, with post-judgment interest to accrue from the date of the entry of this judgment; and

2. Provident shall be awarded attorneys' fees and costs consistent with any application filed with the Court, along with a request for the entry of this form of judgment; and

3. A copy of the within Consent Judgment shall be served by counsel for Plaintiff upon Defendants within seven (7) days of entry of the same.

New York, New York
September 10, 2021

SO ORDERED.

*Paul G. Gardephe*
United States District Judge

CONSENT AS TO FORM AND ENTRY:

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
*Attorneys for Plaintiff, The Provident Bank*

By: _____
Nicholas M. Gaunce, Esq. (Pro Se) NMG

Dated: 2/27/2020

**ARNOLD LENTNEK, MD**
*Pro Se Defendant*

By: _____
Arnold Lentnek, MD

Dated:

**SHERRIE LENTNEK**
*Pro Se Defendant*

By: _____
Sherrie Lentnek

Dated:

2